UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **Adrian Riach**, | |
| Plaintiff, | No.  1:14-cv-03109-SAB |
| v. | JUDGMENT IN A CIVIL CASE |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The decision of the Commissioner denying benefits is reversed and remanded for an award of benefits.

DATED:  January 19, 2016

                                         SEAN F. McAVOY
                                         Clerk of Court

                                         By: *s/Shelly Koegler*
                                             Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE